IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01503-REB-BNB

WILDEARTH GUARDIANS,

Plaintiff,

v.

THE WESTERN SUGAR COOPERATIVE, a Colorado cooperative,

Defendant.
_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

In view of the Plaintiff's Response to Defendant's Motion to Dismiss [Doc. # 26] and the filing of the Amended Complaint [Doc. # 24],

IT IS ORDERED that the **Defendant's Motion to Dismiss** [18] is DENIED AS MOOT.


DATED:  August 11, 2014