IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01503-REB-BNB

WILDEARTH GUARDIANS,

Plaintiff,

v.

THE WESTERN SUGAR COOPERATIVE, a Colorado cooperative,

Defendant.
_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Joint Motion to Modify the Court's August 19, 2014 Scheduling Order to Extend WildEarth Guardians' Response Date on the Western Sugar Cooperative's Motion to Dismiss and to Extend the Date for the Parties to Produce Documents Identified in Rule 26(a)(1) Disclosures** [docket no. 34, filed September 5, 2014] (the "Motion").

IT IS ORDERED that the Motion is GRANTED. The deadline for Fed.R.Civ.P. 26(a)(1) disclosures is extended to and including **October 13, 2014**. Plaintiff's response to the Motion to Dismiss [32] is now due on or before **October 6, 2014**.

DATED: September 5, 2014