# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Action No. 14-cv-01503-REB-BNB

WILDEARTH GUARDIANS,

    Plaintiff,

v.

THE WESTERN SUGAR COOPERATIVE, a Colorado cooperative,,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter is before the court on **Plaintiff's Notice of Dismissal** [#37][1] filed October 10, 2014. After reviewing the notice and the record, I conclude that the notice should be approved and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That **Plaintiff's Notice of Dismissal** [#37] filed October 10, 2014, is **APPROVED**;

    2. That the combined Final Pretrial Conference and Trial Preparation Conference set September 18, 2015, are **VACATED**;

    3. That the trial to the court set to commence September 28, 2015, is

---

[1] "[#37]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

**VACATED**;

    4.  That any pending motion is **DENIED** as moot; and

    5.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated October 14, 2014, at Denver, Colorado.

BY THE COURT:

*Bob Blackburn*
Robert E. Blackburn
United States District Judge